■ In the Matter of FREDERICK ARTHUR COLLINS, JR., v. LUCIA B. COLLINS.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ JOHN IMHOF v. AUSTIN SHEEHY et al.— Motion for a stay and for other relief denied in all respects, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ SYLVIA NEEDLEMAN v. MANUFACTURERS HANOVER TRUST COMPANY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ MERLE LEFKOWITZ v. SHEILA GROSSWALD.— Motion for a stay of the order of commitment granted, but otherwise without restriction on plaintiff's right to enforce such order, and upon condition that defendant submit to examination by plaintiff on three days' notice of her assets and disposition of her assets, and upon the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 19, 1962, with notice of argument for May 1, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ CHARLES B. RIPLEY et al. v. INTERNATIONAL RAILWAYS OF CENTRAL AMERICA et al.— Motion for an order expunging Point III of the brief on behalf of T. Roland Berner, Esq., and for other relief denied, with $10 costs. Motion to dismiss appeal denied, without costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT L. BRADFORD. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT L. BRADFORD v. HENRY J. NOBLE, as Warden. (Two Actions.) — [In each action] Motion for leave to appeal as a poor person denied since the issues involved have already been determined adversely to the appellant in *People ex rel. Bradford* v. *Noble* (14 A D 2d 861) now on appeal to the Court of Appeals. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY BONNETTE.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WALTER CREASEY.— Order of this court entered on February 2, 1961 assigning Anthony F. Marra, Esq., as counsel for the defendant-appellant, is vacated, and John C. Fontaine, Esq., of 1 Wall St., New York, N. Y., is assigned as counsel for defendant-appellant in the place and stead of Anthony F. Marra, Esq. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALVAREZ.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.